IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| | | | |
|---|---|---|---|
| 114P16 | State v. Larry Cook | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-278) | Denied |
| 129P16 | State v. Dwain Bell | 1. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied |
| | | 2. Petitioner's *Pro Se* Motion for Bill of Complaint | 2. Dismissed |
| | | 3. Petitioner's *Pro Se* Motion for Objection to Order of Bill of Complaint Dismissed | 3. Dismissed |
| 132P11-10 | State v. Gregory Lynn Gordon | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied |
| | | 2. Def's *Pro Se* Motion for PDR (COAP15-180) | 2. Denied |
| 133P16 | State v. William Gerald Price | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-1073) | 2. Denied |
| 138P12-2 | State v. Dartanya Levon Eaton | Def's PDR Under N.C.G.S. § 7A-31 (COA15-255) | Denied |
| 140P16 | Timothy S. Boyd v. Gregory M. Rekuc, M.D., and Raleigh Adult Medicine, P.A. | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-780) | Denied |
| 144P16 | State v. Anton Tolandis Smith | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-921) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 151P16 | State v. James L. Johnson | 1. State's Motion for Temporary Stay (COA15-793) | 1. Allowed 04/22/2016 |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 154P16 | State v. Justin Duane Hurd | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA15-588) | Denied **Ervin, J., recused** |
| 158P06-8 | State v. Derrick D. Boger | Def's *Pro Se* Motion to Appeal an Consolidation of Sentences (COAP16-234) | Dismissed |
| 158P16-2 | Larry Brandon Moore v. Judge Jesse B. Caldwell, III | Petitioner's *Pro Se* Motion for Order and Proposed Order | Dismissed |